**FILED**
July 8, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ANDRES URQUIDEZ, ) <br> Defendant. ) <br> ) | Case No. CR.S-09-0200-EJG <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release ANDRES URQUIDEZ, Case No. CR.S-09-0200-EJG from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $25,000.00.

    _X_ Unsecured Appearance Bond

    ___ Appearance Bond with Surety

    _X_ (Other) Conditions as stated on the record.

    ___ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 07/08/09 at 2:39 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge