```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ANDRES URQUIDEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-09-200 EJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | STATUS CONFERENCE |
| | ) | |
| ANDRES URQUIDEZ, | ) | |
| | ) | Date: August 7, 2009 |
| Defendant. | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Edward J. Garcia |
| _____ | ) | |

    It is hereby stipulated between the parties, William S. Wong, Assistant United States Attorney, attorney for Plaintiff, and Jeffrey L. Staniels, attorney for defendant ANDRES URQUIDEZ, as follows:

    The Status Conference date of August 7, 2009, should be continued until September 11, 2009.  The reason for the continuance is to permit further defense evaluation of discovery and consideration of possible pre-trial motions, and to permit discussions concerning non-trial resolution, if determined to be appropriate.

    IT IS STIPULATED that the period from the date of this Stipulation up to and including September 11, 2009, be excluded in computing the

time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T4, to permit necessary preparation by defense counsel.

Dated: August 6, 2009

                                           Respectfully submitted,

                                           DANIEL BRODERICK
                                           Federal Defender

                                           /s/ Jeffrey Staniels
                                           _____
                                           JEFFREY L. STANIELS
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           ANDRES URQUIDEZ

Dated: August 6, 2009

                                           LAWRENCE G. BROWN
                                           Acting United States Attorney

                                           /s/ William S. Wong
                                           _____
                                   By: William S. WONG
                                           Assistant U.S. Attorney

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of the parties, it is ordered that the status conference presently set for August 7, 2009, be continued to September 11, 2009, at 10:00 a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant continuity of counsel and defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is

ordered that time from the date of this stipulation, August 6, 2009, to and including, September 11, 2009, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4, to allow defense counsel time to prepare.

Dated: August <u>6</u>, 2009

/s/ Edward J. Garcia
EDWARD J. GARCIA
Senior United States District Judge

-3-