DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANDRES URQUIDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-09-200 EJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | TO CONTINUE STATUS CONFERENCE |
| | ) | |
| ANDRES URQUIDEZ, | ) | |
| | ) | Date: October 2, 2009 |
| Defendant. | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Edward J. Garcia |
| _____ | ) | |

It is hereby stipulated between the parties, William S. Wong, Assistant United States Attorney, attorney for Plaintiff, and Jeffrey L. Staniels, attorney for defendant ANDRES URQUIDEZ, as follows:

The Status Conference date of October 2, 2009, should be continued until November 20, 2009. The reason for the continuance is to permit completion and review of on-going investigation and for further defense preparation including further discussion and consultation with Mr. Urquidez on concerning possible non-trial resolution. The date of November 20 is sought due to the unavailability of defense counsel during substantial periods including a trial preparation trip to Los

1  Angeles from October 6 to October 9; a trip to Philadelphia to help
2  manage a memorial service for a friend and former colleague from
3  October 19 through October 23, and a trial before Judge Karlton
4  commencing October 27, 2009, in which the government estimates two
5  weeks for its direct case.
6      IT IS STIPULATED that the period from the date of this Stipulation
7  up to and including November 20, 2009, be excluded in computing the
8  time within which trial must commence under the Speedy Trial Act,
9  pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T4, to
10 permit necessary preparation by defense counsel.
11 Dated: October 1, 2009
12                                    Respectfully submitted,
13                                    DANIEL BRODERICK
                                      Federal Defender
14
15                                    /s/ Jeffrey Staniels
                                      JEFFREY L. STANIELS
16                                    Assistant Federal Defender
                                      Attorney for Defendant
17                                    ANDRES URQUIDEZ
18
19 Dated: October 1, 2009
20                                    LAWRENCE G. BROWN
                                      Acting United States Attorney
21
22                                     /s/ William S. Wong
                                      William S. WONG
23                                    Assistant U.S. Attorney
24
25
26
27
28

-2-

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of the parties, it is ordered that the status conference presently set for October 2, 2009, be continued to November 20, 2009, at 10:00 a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant continuity of counsel and defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this stipulation, October 1, 2009, to and including, November 20, 2009, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4, to allow defense counsel time to prepare.

By the Court,

Dated: October 1, 2009         /s/ Edward J. Garcia
                               EDWARD J. GARCIA
                               Senior United States District Judge