```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    ANDRES URQUIDEZ
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                    )<br>             Plaintiff,             )<br>                                    )<br>     v.                             )<br>                                    )<br>ANDRES URQUIDEZ,                    )<br>                                    )<br>             Defendant.             )<br>_____) | No. CR-S-09-200 EJG<br><br>STIPULATION AND ORDER TO CONTINUE<br>STATUS CONFERENCE<br><br>Date: Novembert 20, 2009<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

     It is hereby stipulated between the parties, William S. Wong, Assistant United States Attorney, attorney for Plaintiff, and Jeffrey L. Staniels, attorney for defendant ANDRES URQUIDEZ, as follows:

     The Status Conference date of November 20, 2009, should be continued for a status conference/change of plea until January 15, 2010.  This continuance is needed and is reqeusted by defense counsel in order review and consult regarding terms of the plea agreement which has been requested from the government and to conduct sentencing related investigation which is needed in connection with advising the defendant of the choices facing him.

1  IT IS STIPULATED that the period from the date of this Stipulation
2 up to and including January 15, 2010, be excluded in computing the time
3 within which trial must commence under the Speedy Trial Act, pursuant
4 to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T4, to permit
5 necessary preparation by defense counsel.
6 Dated: November 19, 2009

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Jeffrey Staniels
JEFFREY L. STANIELS
Assistant Federal Defender
Attorney for Defendant
ANDRES URQUIDEZ

Dated: November 19, 2009

BEN WAGNER
United States Attorney

/s/ William S. Wong
William S. WONG
Assistant U.S. Attorney

**ORDER**

21  UPON GOOD CAUSE SHOWN and the stipulation of the parties, it is
22 ordered that the status conference presently set for November 20, 2009,
23 be continued to January 15, 2010, at 10:00 a.m.  Based on the
24 representation of defense counsel and good cause appearing therefrom,
25 the Court hereby finds that the failure to grant a continuance in this
26 case would deny defendant continuity of counsel and defense counsel
27 reasonable time necessary for effective preparation, taking into
28 account the exercise of due diligence.  The Court finds that the ends

1 | of justice to be served by granting a continuance outweigh the best
2 | interests of the public and the defendant in a speedy trial.  It is
3 | ordered that time from the date of this stipulation, November 19, 2010,
4 | to and including, January 15, 2010, shall be excluded from computation
5 | of time within which the trial of this matter must be commenced under
6 | the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv),
7 | Local Code T-4, to allow defense counsel time to prepare.
8 | By the Court,

11 | Dated: November 19, 2009          /s/ Edward J. Garcia
                                       Hon. EDWARD J. GARCIA
12 |                                   Senior United States District Judge

-3-