1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

6  Attorney for Defendant
   ANDRES URQUIDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-09-200 EJG |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO CONTINUE |
| v. | ) STATUS CONFERENCE |
| | ) |
| ANDRES URQUIDEZ, | ) |
| | ) Date:  January 15, 2010 |
| Defendant. | ) Time:  10:00 a.m. |
| | ) Judge: Hon. Edward J. Garcia |
| _____ | ) |

It is hereby stipulated between the parties, William S. Wong, Assistant United States Attorney, attorney for Plaintiff, and Jeffrey L. Staniels, attorney for defendant ANDRES URQUIDEZ, as follows:

The Status Conference date of January 15, 2010, should be continued for a status conference/change of plea until February 19, 2010.  This continuance is requested by defense counsel in order to consult with government counsel regarding terms of a potential plea and to conduct sentencing related investigation which is in process and which is needed in connection with advising the defendant of the choices facing him.

1    IT IS STIPULATED that the period from the date of this Stipulation
2 up to and including February 19, 2010, be excluded in computing the
3 time within which trial must commence under the Speedy Trial Act,
4 pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T4, to
5 permit necessary preparation by defense counsel.
6 Dated: January 14, 2010
7                                        Respectfully submitted,
8
                                         DANIEL BRODERICK
9                                        Federal Defender
10
                                         /s/ Jeffrey Staniels
11                                       JEFFREY L. STANIELS
                                         Assistant Federal Defender
12                                       Attorney for Defendant
                                         ANDRES URQUIDEZ
13
14
Dated: January 14, 2010
15
                                         BEN WAGNER
16                                       United States Attorney
17
                                          /s/ William S. Wong
18                                       William S. WONG
                                         Assistant U.S. Attorney
19
20                                **ORDER**
21    UPON GOOD CAUSE SHOWN and the stipulation of the parties, it is
22 ordered that the status conference presently set for January 15, 2010,
23 be continued to February 19, 2010, at 10:00 a.m.  Based on the
24 representation of defense counsel and good cause appearing therefrom,
25 the Court hereby finds that the failure to grant a continuance in this
26 case would deny defendant continuity of counsel and defense counsel
27 reasonable time necessary for effective preparation, taking into
28 account the exercise of due diligence.  The Court finds that the ends

-2-

of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this stipulation, January 14, 2010, to and including, February 19, 2010, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4, to allow defense counsel time to prepare.

By the Court,

Dated: January 14, 2010          /s/ Edward J. Garcia
                                 EDWARD J. GARCIA
                                 Senior United States District Judge