1   DANIEL BRODERICK, Bar #89424
    Federal Defender
2   JEFFREY STANIELS, Bar #91413
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5   Attorney for Defendant
    ANDRES URQUIDEZ
6

7

**FILED**

**JAN 2 0 2010**

CLERK U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

8                IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12   UNITED STATES OF AMERICA,          )
                                        )   2:09-cr-0200 EJG
13                    Plaintiff,        )
                                        )
14          v.                          )   WAIVER OF DEFENDANT'S PRESENCE
                                        )   & Order
15   ANDRES URQUIDEZ,                   )   As modified - see pg 2
                                        )
16                    Defendant.        )
                                        )
17   _____)

18

19

20          Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, the defendant, ANDRES

URQUIDEZ, hereby waives the right to be present in person in open court upon the hearing of any
21
motion or other proceeding in this case, including, but not limited to, when the case is set for trial,
22
when a continuance is ordered, and when any other action is taken by the court before or after
23
trial, except upon arraignment, plea, impanelment of jury and imposition of sentence.  Defendant
24
hereby requests the Court to proceed during every absence of his which the Court may permit
25
pursuant to this waiver; agrees that his interests will be deemed represented at all times by the
26
presence of his attorney, the same as if defendant were personally present; and further agrees to be
27
present in court ready for trial any day and hour the Court may fix in his absence.
28

1    Defendant further acknowledges that he has been informed of his rights under Title 18

2   U.S.C. §§3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under

3   that Act without defendant being present.

4   Dated: January 14, 2010

5                                          /S/ Andres Urquidez____
                                           ANDRES URQUIDEZ
6                                          (original retained in attorney's file)

7
    I agree with and consent to my client's waiver of appearance.
8

9   Dated: January 14, 2010

10                                         /S/ Jeffrey L. Staniels____
                                           JEFFREY STANIELS
                                           Assistant Federal Defender
11                                         Attorney for Defendant
                                           ANDRES URQUIDEZ
12

13

14    *The Court requires defendants presence at the*

15    *trial confirmation hearing and the trial*

16

17

18                              **IT IS SO ORDERED**

19                              *[signature]*

20                              1/15/10

21

22

23

24

25

26

27

28

                                     2