```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANDRES URQUIDEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-09-200 EJG |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | STATUS CONFERENCE |
| ) | |
| ANDRES URQUIDEZ, ) | |
| ) | Date:  April 9, 2010 |
| Defendant. ) | Time:  10:00 a.m. |
| ) | Judge: Hon. Edward J. Garcia |
| _____ ) | |

    It is hereby stipulated between the parties, William S. Wong, Assistant United States Attorney, attorney for Plaintiff, and Jeffrey L. Staniels, attorney for defendant ANDRES URQUIDEZ, as follows:

    The Status Conference date of April 9, 2010, should be continued for a status conference/change of plea until April 23, 2010.  This continuance is requested by defense counsel due to the temporary unavailability of government counsel, in order to complete negotiations with government counsel regarding terms of a potential plea, and to permit completion of plea and sentencing related investigation which is in process, which has produced favorable evidence very recently and including today, and which is needed in connection with advising the defendant of the choices facing him.

1    The court is advised that counsel are actively engaged in
2 negotiations and that the defense is in the process of providing
3 additional evidence to government counsel in support of its request for
4 consideration of more favorable terms in connection with a plea
5 agreement and with regard to sentencing recommendations.
6    This continuance is also sought in light of government counsel's
7 schedule which takes him away from Sacramento for the remainder of this
8 week and makes him unavailable for further consultation before this
9 Friday's status conference.
10   IT IS STIPULATED that the period from the date of this Stipulation
11 up to and including April 23, 2010, be excluded in computing the time
12 within which trial must commence under the Speedy Trial Act, pursuant
13 to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T4, to permit
14 necessary preparation by defense counsel as set forth above..
15 Dated: April 7, 2010

                                        Respectfully submitted,


                                        DANIEL BRODERICK
                                        Federal Defender


                                        /s/ Jeffrey Staniels
                                        JEFFREY L. STANIELS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        ANDRES URQUIDEZ


Dated: April 7, 2010

                                        BEN WAGNER
                                        United States Attorney


                                         /s/ William S. Wong
                                        William S. WONG
                                        Assistant U.S. Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of the parties, it is ordered that the status conference presently set for April 9, 2010, be continued to April 23, 2010, at 10:00 a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant continuity of counsel and defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from April 9, 2010, to and including, April 23, 2010, be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4, to allow defense counsel time to prepare.

By the Court,

Dated: April 8, 2010        /s/ Edward J. Garcia
                            Hon. EDWARD J. GARCIA
                            Senior United States District Judge