1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  ANDRES URQUIDEZ

FILED
Aug. 6, 2010
CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>              Plaintiff,  )<br>      v.                    )<br>ANDRES URQUIDEZ,            )<br>              Defendant.   )<br>_____) | No. CR-S-09-200 EJG<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SCHEDULE FOR DISCLOSURES AND SENTENCING DATE<br><br>Date:  August 27, 2010<br>Time:  10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

It is hereby stipulated between the parties, William S. Wong, Assistant United States Attorney, attorney for Plaintiff, and Jeffrey L. Staniels, attorney for defendant ANDRES URQUIDEZ, that the schedule for disclosures and sentencing be modified in order to permit defense counsel to submit additional information to the Probation Officer who has been away from her office and who is scheduled to return on August 9, 2010:

| | |
|---|---|
| Informal Objections to Draft PSR | August 13, 2010 |
| Final Pre-Sentence Report to be filed | August 20, 2010 |
| Motions to Correct Presentence Report | August 27, 2010 |

| | | |
|---|---|---|
| 1 | Reply or Statement of Non-Opposition | September 3, 2010 |
| 2 | Judgment and Sentencing Date | September 10, 2010 |

Dated: August 5, 2010

                                          Respectfully submitted,

                                          DANIEL BRODERICK
                                          Federal Defender

                                          /s/ Jeffrey Staniels
                                          JEFFREY L. STANIELS
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          ANDRES URQUIDEZ

Dated: August 5, 2010

                                          BEN WAGNER
                                          United States Attorney

                                          /s/ William S. Wong
                                          William S. WONG
                                          Assistant U.S. Attorney

                                          **ORDER**

**IT IS SO ORDERED.**

                                    By the Court,

Dated: August 5, 2010                      /s/ Edward J. Garcia
                                          Hon. EDWARD J. GARCIA
                                          Senior United States District Judge