**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
**801 I STREET, 3rd FLOOR**
**SACRAMENTO, CALIFORNIA  95814**

*Daniel J. Broderick*                    (916) 498-5700  Fax: (916) 498-5710                    *Linda C. Harter*
*Federal Defender*                                                                          *Chief Assistant Defender*


DATE:        September 8, 2010

TO:          Colleen Lydon, Courtroom Clerk to the
             Honorable Edward J. Garcia

FROM:        Debra Lancaster, Sr. Legal Assistant to
             Jeffrey L. Staniels, Assistant Federal Defender

SUBJECT:     **USA v. Andres Urquidez**
             2:09-cr-200 EJG
             JUDGMENT AND SENTENCING CONTINUANCE

---

        This Memo is to confirm counsels' request to continue Judgment and
Sentencing, presently scheduled for September 10, 2010, to **Friday, September 17,
2010 at 10:00 a.m**. Because of a last-minute family commitment, defense counsel is
out-of-state and therefore, unavailable.

        The Courtroom Clerk and all parties have been notified of the new scheduled dates.


**IT IS SO ORDERED:**


Dated: September 8, 2010                    /s/ Edward J. Garcia
                                            Honorable Edward J. Garcia
                                            United States District Court Judge




cc:     Lori Clanton, United States Probation Office