UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA



FILED
FEB 19 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR S-09-0200-01 WBS |
| Plaintiff, ) | |
| v.  ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| ANDRES URQUIDEZ, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release **Andres Urquidez** Case CR S-09-200-01 WBS from custody for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of _____

___ Unsecured bond

___ Appearance Bond with 10% Deposit

___ Appearance Bond secured by Real Property

___ Corporate Surety Bail Bond

_X_ (Other)  **Defendant sentenced to a term of TIME SERVED**

Issued at  Sacramento, CA  on  February 19, 2013  at  10:20 a.m.

By _____
William B. Shubb,
United States District Judge

Orig & Copy: USM
Copy to Docketing